1  James Shannon (SBN 232039)
   jshannon@kirkland.com
2  Julie A. Ahrens (SBN 230170)
   jahrens@kirkland.com
3  KIRKLAND & ELLIS LLP
   555 California Street, 27th Floor
4  San Francisco, California  94104-1501
   Telephone:    (415) 439-1400
5  Facsimile:     (415) 439-1500

6  Attorneys for Plaintiffs
   DISCOVER BANK, and
7  DISCOVER FINANCIAL SERVICES, INC.

8

9                        UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12  DISCOVER BANK, a Delaware Financial            CASE NO. C-05-01622 ~~JCS~~  SC
    Institution, and DISCOVER FINANCIAL
13  SERVICES, INC., a Delaware Corporation,
                                                   **STIPULATION AND ~~[PROPOSED]~~ ORDER
14              Plaintiffs,                        RESCHEDULING CASE MANAGEMENT
                                                   CONFERENCE**
15        vs.
                                                   Date:  November 18, 2005
16  FEDERAL INSURANCE COMPANY, an                  Time:  10:00 a.m.
    Indiana Corporation,
17
                Defendant.                         Complaint Filed: April 19, 2005
18

19

20

21        Tressler, Soderstrom, Maloney & Priess on behalf of Federal Insurance Company,

22  and Kirkland & Ellis LLP on behalf of Discover Bank and Discover Financial Services, Inc., ("the

23  Parties") hereby stipulate to postpone the Case Management Conference on calendar for

24  September 16, 2005 at 10:00 a.m.  The Parties have settled the case and are negotiating the final

25  terms of a settlement agreement.  The Parties do not anticipate any difficulties finalizing the

26

27

28

settlement. Subject to the Court's approval, the Parties stipulate to reschedule the Case Management Conference to November 18, 2005 at 10:00 a.m.

Accordingly, **IT IS HEREBY ORDERED**:

Dated: _____9/12_____, 2005.

_____
HONORABLE SAMUEL CONTI

**APPROVED AS TO FORM:**

Dated: September _9_, 2005.     KIRKLAND & ELLIS LLP

By: _____/s/ Julie A. Ahrens_____
James Shannon
Julie A. Ahrens
Attorneys for Plaintiffs
DISCOVER BANK, a Delaware Financial Institution, DISCOVER FINANCIAL SERVICES, INC., a Delaware Corporation

Dated: September _9_, 2005.     TRESSLER, SODERSTROM, MALONEY & PRIESS

By: _____
Evan B. Sorensen
Attorneys for Defendant
FEDERAL INSURANCE COMPANY