James Shannon, SBN 232039
Julie A. Ahrens, SBN 230170
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500


Attorneys for Defendants
DISCOVER BANK and
DISCOVER FINANCIAL SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISCOVER BANK, A DELAWARE FINANCIAL INSTITUTION, AND DISCOVER FINANCIAL SERVICES, INC., A DELAWARE CORPORATION, <br><br> Plaintiffs, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, AN INDIANA CORPORATION, <br><br> Defendant. | Case No. 05-01622 (SC) <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE FURTHER CASE STATUS CONFERENCE** <br><br> District Court Judge:  Hon. Samuel Conti |

On January 6, 2006, this Court held a Status Conference in the above-captioned matter and signed an Order of Dismissal.  The Court set a Further Status Conference for December 8, 2006 because the parties' Settlement Agreement has an open ended request for the Court to retain jurisdiction.

Plaintiffs DISCOVER BANK and DISCOVER FINANCIAL SERVICES, INC., and Defendant FEDERAL INSURANCE COMPANY, agree that a conference with the Court is unnecessary at this time and hereby stipulate to continue to November 2, 2007 at 10:00 a.m. the Further Status Conference currently calendared for December 8, 2006 at 10:00 a.m.

1         Accordingly, **IT IS HEREBY ORDERED**:

2

3    Dated:  December ____, 2006
                              8

4

5                               _____
     HONORABLE _____ CONTI

6

7    **APPROVED AS TO FORM**:

8

9    DATED:  December _7__, 2006          KIRKLAND & ELLIS LLP
                                          JULIE A. AHRENS

10

11                                        By:_____/s/_____

12                                            James Shannon
                                              Julie A. Ahrens

13                                            Attorneys for Plaintiffs
                                              DISCOVER FINANCIAL SERVICES LLC

14                                            AND DISCOVER BANK

15   DATED:   December ____, 2006          HIGGS, FLETCHER & MACK LLP
                                           THOMAS M. CORRELL

16

17

18                                        By:_____

19                                            Thomas M. Correll
                                              Attorneys for Defendant

20                                            FEDERAL INSURANCE COMPANY

21

22

23

24

25

26

27

28

1    Accordingly, **IT IS HEREBY ORDERED**:

2

3    Dated: December _____, 2006

4

5    _____
     HONORABLE SAMUEL CONTI

6

7    **APPROVED AS TO FORM**:

8    DATED: December _____, 2006              KIRKLAND & ELLIS LLP

9                                             JULIE A. AHRENS

10

11   By:_____

12      James Shannon
        Julie A. Ahrens
        Attorneys for Plaintiffs

13      DISCOVER FINANCIAL SERVICES LLC
        AND DISCOVER BANK

14

15   DATED: December _7_, 2006               HIGGS, FLETCHER & MACK LLP
                                             THOMAS M. CORRELL

16

17

18   By: _Thomas M. Covell_____
        Thomas M. Correll

19      Attorneys for Defendant
        FEDERAL INSURANCE COMPANY

20

21

22

23

24

25

26

27

28